# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANGEL ELADIO MEDRANO,

      Plaintiff,

v.                                            Case No. 1:15-cv-00811-CKK

I.L. CREATIONS OF MARYLAND, INC.,
et al.,

      Defendants.

_____/

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiff Angel Eladio Medrano and Defendants I.L. Creations of Maryland, Inc. and James Park, by and through undersigned counsel, jointly move the Court for an Order (1) granting final approval of the settlement between the Parties; (2) ordering distribution of the settlement proceeds pursuant to the Settlement Agreement entered into by the Parties; and (3) approving the award of attorney's fees to Plaintiff's counsel pursuant to the Settlement Agreement. The basis of the request is set forth in the accompanying Memorandum, which is incorporated by reference herein.

DATED this 10th day of December, 2015.

                                                            /s/ Mary Craine Lombardo
                                                            Mary Craine Lombardo (495881)
                                                            STEIN SPERLING BENNETT DE JONG DRISCOLL PC
                                                            25 West Middle Lane
                                                            Rockville, MD 20850
                                                            Phone: 301-838-3226
                                                           Fax: 301-354-8126
                                                           E-mail: mlombardo@steinsperling.com
                                                           *Attorney for Plaintiff*

/s/ Russell B. Berger
Russell B. Berger (Bar No. MD28512)
Offit Kurman, P.A.
300 E. Lombard Street, Suite 2010
Baltimore, MD 21202
Phone: (410) 209-6449
Fax: (410) 209-6435
E-Mail: rberger@offitkurman.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that on this 10th day of December 2015, a copy of the foregoing was served via ECF on the following counsel for Plaintiffs:

Mary Craine Lombardo, Esq.
STEIN SPERLING BENNETT DE JONG DRISCOLL PC
25 West Middle Lane
Rockville, MD 20850
Attorney for Plaintiff

/s/ Russell Berger
Russell Berger

4852-6625-7195, v. 1