IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGEL ELADIO MEDRANO,

    Plaintiff,

v.                            Case No. 1:15-cv-00811-CKK

I.L. CREATIONS OF MARYLAND, INC.,
et al.,

    Defendants.
_____/

## ORDER

Upon the Joint Motion for Final Approval of Settlement, it is hereby this 11th day of December 2015:

ORDERED that the Motion for Final Approval of Settlement is GRANTED in its entirety; and it is further

ORDERED that pursuant to the Settlement Agreement between the parties: (a) the settlement proceeds will be distributed to Plaintiff; (b) the award of attorney's fees and costs to Plaintiff's counsel is approved and shall be distributed.

SO ORDERED.

_____
HONORABLE COLLEEN KOLLAR-KOTELLY
JUDGE, U.S. DISTRICT COURT